UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Heard,                )
                             )
    Plaintiff,               )
                             )   Case: 1:17-cv-00345
    v.                       )   Assigned To : Unassigned
                             )   Assign. Date : 2/27/2017
Dep't of Justice *et al.*,   )   Description: Pro Se Gen. Civ. (F-DECK)
                             )
    Defendants.              )
                             )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff, a resident of Gainesville, Georgia, has submitted a complaint against the Department of Justice; City of Gainesville, Georgia; Hall County, Georgia; Middle and High School Students, and Mexicans. *See* Compl. Caption. He seeks "injunctive relief against all the defendants." Compl. at 3. The cryptic statements comprising the complaint are incomprehensible and thus fail to provide any notice of a claim and a basis of federal court jurisdiction. Consequently, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: February 22, 2017

United States District Judge